## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08- 58-M |
| | ) | |
| DARRIN  BURNS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and respectfully moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).  In support of the motion, the United States alleges the following:

　　　　1. **Eligibility of Case**.  This case is eligible for a  detention order because case involves (**check all that apply**):

　　　　　　\_\_\_\_　Crime of violence (18 U.S.C. § 3156)

　　　　　　\_\_\_\_　Maximum sentence life imprisonment or death

　　　　　　\_X\_\_　10+ year drug offense

　　　　　　\_\_\_\_　Felony, with two prior convictions in above categories

　　　　　　\_\_\_\_　Minor victim

　　　　　　\_X\_　Possession/ use of firearm, destructive device or other dangerous weapon

　　　　　　\_\_\_\_　Failure to register under 18 U.S.C. § 2250

　　　　　　\_X\_　Serious risk defendant will flee

　　　　　　\_\_\_\_　Serious risk obstruction of justice

　　　　2. **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

　　　　　　\_X\_\_　Defendant's appearance as required

　　　　　　\_X\_\_　Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    __X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

        ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____ (c) on probation or parole for an offense.

    ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ___14th___ day of _March_, 2008.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _Robert J. Prettyman_
Robert J. Prettyman
Assistant United States Attorney