# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**DARRIN BURNS**

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **08-58M**

I, **DARRIN BURNS**, charged in a complaint pending in this District with **POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE BASE; POSSESSION OF A FIREARM BY A PERSON PROHIBITED AND POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**, in violation of Title **21**, U.S.C., **8421(a)(1) and (b)91)(C); 18:922(g)(1) & 924(a)(2) and 18:924(c)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
Defendant

_____
Counsel for Defendant

March 24, 2008