**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 08-56 |
| | ) |
| DARRIN BURNS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about March 14, 2008, in the State and District of Delaware, DARRIN BURNS, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO

On or about March 14, 2008, in the State and District of Delaware, DARRIN BURNS, defendant herein, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States (to wit, possession of cocaine base with the intent to distribute it, a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) as set forth in Count I of this Indictment and incorporated by reference as if fully set forth herein), knowingly possessed

a firearm, that is, a Smith & Wesson, 9 mm model 5906 semi-automatic handgun, serial number TVK6939, all in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

On or about March 14, 2008, in the State and District of Delaware, DARRIN BURNS, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Smith & Wesson, 9 mm model 5906 semi-automatic handgun, serial number TVK6939, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count Three of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms

and ammunition involved in the commission of the offense, including but not limited to the following:

1. the Smith & Wesson, 9 mm model 5906 semi-automatic handgun, serial number TVK6939 and

2. eight (8) rounds of 9 mm ammunition.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Joseph Grubb
Special Assistant United States Attorney

Dated: April 10, 2008