IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-56-GMS |
| | : | |
| DARRIN BURNS, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO EXTEND TIME TO FILE PRE-TRIAL MOTIONS

Defendant, Darrin Burns, by and through his undersigned counsel, Luis A. Ortiz, hereby moves the Court pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a), for an Order enlarging the time within which pre-trial motions may be filed.

In support of this motion, the Defendant submits as follows:

1. Pre-trial motions for this case are due by May 1, 2008.

2. Defense counsel received discovery on April 24, 2008 and needs additional time to review the discovery in this case and to discuss this case with Mr. Burns, to determine what, if any, pre-trial motions need to be filed.

3. Defense counsel has left a message with Assistant United States Attorney, Joseph S. Grubb, the attorney handling this case for the government but has not yet been made aware of his position on this brief request for an extension of time to file motions.

4. Defense counsel, therefore, respectfully requests an additional 10 days in which to file pre-trial motions, to allow him sufficient time to review the discovery in this case and to discuss the

case in general with Mr. Burns.

5.   The defense agrees to waive, pursuant to the Speedy Trial Act, any additional time given in which to file pre-trial motions.

WHEREFORE, it is respectfully requested that the time for Defendant to file pre-trial motions be extended to anytime after May 12, 2008.

Respectfully Submitted,

/s/ Luis A. Ortiz
Luis A. Ortiz, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Darrin Burns

Dated: April 30, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-56-GMS |
| | : | |
| DARRIN BURNS, | : | |
| | : | |
| Defendant. | | |

## **ORDER**

Having considered Defendant Burns's Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that pre-trial motions in this matter shall be due on the _____ day of _____, 2008, and that the time from May 1, 2008 up to the new due date for pre-trial motions to be filed shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court