IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-56-GMS |
| DARRIN BURNS, | : | |
| Defendant. | : | |

**ORDER**

The Court having considered the Defendant's Motion for Continuance of Scheduling Conference, good cause having been shown therefore;

IT IS HEREBY ORDERED this __21st__ day of __May__, 2008 that the Defendant's motion is hereby granted, and the scheduling conference in this case is rescheduled for the __12th__ day of __June__, 2008, at __11:30__ a.m./~~p.m.~~, and that the time from May 30, 2008 up to the day of the scheduling conference shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED
MAY 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE